```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01792
   ROY D STRICKLAND SR
   CYNTHIA M STRICKLAND                      CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1996    SSN XXX-XX-4932

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 02/02/2007 and was confirmed 07/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 04/17/2008.
-------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | CURRENT MORTG | 17635.04 | .00 | 17635.04 |
| ROCKY MOUNTAIN RECOVERY | UNSECURED | 174.50 | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CAPTAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| EQUINE VETERINARY | UNSECURED | NOT FILED | .00 | .00 |
| CAPTAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 497.52 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 8.71 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROCKY MOUNTAIN RECOVERY | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT-NEXTEL CORP | UNSECURED | 716.47 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 13996.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED NOT I | 5700.00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | FILED LATE | 1147.10 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 1690.15 | .00 | 169.02 |
| FASTRUCK | SECURED NOT I | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 129.89 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1000.87 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1147.10 | .00 | .00 |
| ROBERT N HONIG | DEBTOR ATTY | 700.00 | | 700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,385.06 |
| DEBTOR REFUND | REFUND | | | 2,010.63 |

```
       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 01792 ROY D STRICKLAND SR & CYNTHIA M STRICKLAND

```
TRUSTEE                              21,899.75

PRIORITY                                                      .00
SECURED                                                 17,804.06
UNSECURED                                                     .00
ADMINISTRATIVE                                             700.00
TRUSTEE COMPENSATION                                     1,385.06
DEBTOR REFUND                                            2,010.63
                                     ---------------    ---------------
TOTALS                               21,899.75          21,899.75
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 07/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```